**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Scott Allen JOHNSON, Defendant–
Appellant.**

No. 13–3046.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 26, 2013.

Filed: Jan. 7, 2014.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Stephen C. Moss, Acting Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Randall D. Eggert, Asst. U.S. Atty., Springfield, MO, for appellee.

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Scott Johnson appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. On appeal, Johnson's counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that Johnson's sentence is not substantively un-

reasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (appellate review of sentencing decision); *United States v. Zauner*, 688 F.3d 426, 429–30 (8th Cir.2012) (when district court varies downward from presumptively reasonable Guidelines sentence, it is nearly inconceivable that court abused its discretion in not varying downward even further). Further, having independently reviewed the record in accordance with *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw. The judgment is affirmed.

---

1. The Honorable Greg Kays, United States District Judge for the Western District of Missouri.